# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LASALE HANNAH<br><br>Plaintiff,<br><br>v.<br><br>CORPORAL RAMIREZ<br><br>Defendant. | Case No.: 19cv787-LAB (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; AND**<br><br>**ORDER DENYING MOTION TO DISMISS** |

Plaintiff, a prisoner in state custody, brings claims under 42 U.S.C. § 1983. Defendant Corporal Ramirez moved to dismiss for failure to exhaust administrative remedies, and the motion was referred to Magistrate Judge Barbara Major for report and recommendation. On January 2, Judge Major issued her report and recommendation (the "R&R"), recommending that the motion be denied. Objections were due January 24, but none have been filed.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* Section 636(b)(1) similarly

1

requires that a district judge "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*

This section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

The Court has reviewed the R&R, finds it to be correct, and **ADOPTS** it. The motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: January 27, 2020

Honorable Larry Alan Burns
Chief United States District Judge